IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL FLETCHER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation;<br><br>　　　　　　　Defendant. | 8:20CV50<br><br>**ORDER** |

The parties in the above-captioned matter have settled their claims, and the fee distribution issue has been resolved. The funds deposited with the Clerk of the Court have been distributed per Filing No. 53.

Accordingly,

IT IS ORDERED that:

1)  On or before April 19, 2023 the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 5th day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge