IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:20-CV-50 |
| ) | |
| UNION PACIFIC RAILROAD, ) | |
| COMPANY, a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation for Dismissal, the parties having reached a settlement in this matter, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

This case is hereby dismissed with prejudice pursuant to settlement, with the Court retaining jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this __13th__ day of __April__, 2023.

BY THE COURT:

_____

Approved as to form:

Plaintiff:   *s/ Terrance O. Waite*
Defendant: *s/Reha Dallon*

1